IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EL DORADO MINERALS, LLC, on behalf of itself and all others similarly situated,** <br><br> **Plaintiff,** <br><br> v. <br><br> **COFFEYVILLE RESOURCES REFINING & MARKETING, LLC,** <br><br> **Defendant.** | Case No. 23-CV-249-GLJ |

### NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715(b)

Defendant Coffeyville Resources Refining & Marketing, LLC ("Coffeyville"), hereby notifies the Court that on September 14, 2023, pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715(b), it provided individualized notices of the proposed class action settlement in this action to the Attorney General in all states and the District of Columbia in which any class member resides and to the United States Attorney General.[1] The notices explained that a proposed settlement had been reached in this case and identified the case caption and that Coffeyville was sending the notice through its attorneys Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.

In compliance with 28 U.S.C. § 1715(b)(1) through (8), Coffeyville's CAFA notices also included information required by those statutory provisions and copies of documents from this case, including, but not limited to, the Class Action Complaint and Demand for Jury Trial filed by

---

[1] Notice of the proposed settlement was first attempted by delivering notices to the United States Post Office in Tulsa, Oklahoma, on August 16, 2023, to be served by certified mail, return receipt requested. Counsel for Defendants thereafter learned that, inexplicably, the original boxes of notices sent for certified mailing to the states and federal attorneys general were "misplaced," and upon inquiry, post office personnel were unable to locate them. As such, the original notices were never mailed out. Thus, a second, updated notice was served.

the Plaintiff; the proposed Notice of Proposed Settlement, Motion for Attorneys' Fees and Costs, Case Contribution Award, and Fairness Hearing (for mailing); the proposed Notice of Settlement (for publication); the executed Stipulation and Agreement of Settlement; and the reasonable estimate of the number of the class members residing in the respective states. Coffeyville further advised the United States and State Attorneys General of the Final Fairness Hearing scheduled for January 8, 2024, at 9:30 a.m. CT, for the Court's determination of:

> (1) whether the Settlement should be approved by the Court as fair, reasonable, and adequate and in the best interests of the Settlement Class;

> (2) whether the notice method utilized: (i) constituted the best practicable notice under the circumstances; (ii) constituted notice reasonably calculated, under the circumstances, to apprise Class Members of the pendency of the Litigation, the Settlement, their right to exclude themselves from the Settlement, their right to object to the Settlement, and their right to appear at the Final Fairness Hearing; (iii) was reasonable and constituted due, adequate, and sufficient notice to all persons and entities entitled to such notice; and (iv) meets all applicable requirements of the Federal Rules of Civil Procedure and any other applicable law;

> (3) whether a final Judgment should be entered pursuant to the Settlement Agreement, *inter alia*, dismissing the Litigation against Defendant with prejudice and extinguishing, releasing, and barring all Released Claims against all Released Parties in accordance with the Settlement Agreement;

> (4) the proper method of allocation and distribution of the Net Settlement Fund among Class Members who are not excluded from the Settlement Class by virtue of a timely and properly submitted Request for Exclusion or other order of the Court;

> (5) whether the applications for Plaintiff's Attorneys' Fees, reimbursement for Litigation Expenses and Administration, Notice, and Distribution Costs, and the Case Contribution Award to Class Representative are fair and reasonable and should be approved;

and to rule on such other matters as the Court may deem appropriate.

Respectfully submitted,

/s/ *Pamela S. Anderson*
J. Kevin Hayes, OBA #4003
Pamela S. Anderson, OBA #11613
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
521 East 2nd Street, Suite 1200
Tulsa, OK  74120
Telephone (918) 594-0400
Facsimile (918) 594-0505
**ATTORNEYS FOR DEFENDANT COFFEYVILLE RESOURCES REFINING & MARKETING, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Reagan E. Bradford
Ryan K. Wilson
Brady L. Smith

          /s/ *Pamela S. Anderson*
          Pamela S. Anderson

5699043.1:730119.00332